Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
### Western District of Michigan ▾
_____ Division

**FILED - GR**
May 30, 2024 9:15 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: ساد / 5-7ه

JOHN WESLEY TORSCH
BY ; John Wesley Torsch
lawful man Sui Juris

Case No. _____
*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

-v-

Judith Mulder

**1:24-cv-561**
**Jane M. Beckering**
**U.S. District Judge**

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | John Wesley Torsch |
| Street Address | 8021 Holton rd |
| City and County | Holton , Muskegon County |
| State and Zip Code | Michigan [ 49425}] |
| Telephone Number | 231 327 8590 |
| E-mail Address | johnnythunderbass@yahoo.com |

#### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known).* Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                               Judith K Mulder

Job or Title *(if known)*

Street Address                     3100 Port Sheldon rd

City and County                    Hudsonville, Ottowa County

State and Zip Code                 Michigan 49426

Telephone Number                   616 662 3100

E-mail Address *(if known)*

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

    ☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
42 U.S.code 1983 Deprivation of rights under color of law.
5th amendment U.S Constitution Denial of due process of law.
14th Amendment U.S. Constitution  Denial of due process: Denial of equal protection of the law

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)   N/A *jt*

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* John Torsch , is a citizen of the

        State of *(name)* Michigan Republic .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* , is incorporated

        under the laws of the State of *(name)* ,

        and has its principal place of business in the State of *(name)*

        .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)   N/A *jt*

    a.    If the defendant is an individual

        The defendant, *(name)* Judith K Mulder , is a citizen of

        the State of *(name)* Michigan Republic . Or is a citizen of

        *(foreign nation)* .

## Statement of claim

1. On A pre trial hearing On may 9 2024 to assert the right to act as a pro se litigant on behave of himself for John Wesley Torsch  in case number hu24003387 Judith K Mulder While acting as a Judge in the case made several insulting and derogatory comments at a hearing directed at John Wesley Torsch, and several times repeated comments "I am not going to waste  time " I am not going to waste  money" " I am not going to waste the juries time" in clear indication that Judith K Mulderwas angry and frustrated for Plaintiff John Wesley Torsch Asserting a right to a jury trial. This action is a clear violation of her oath of office and her Michigan judges cannon is a violation of due process and the right to have a impartial magistrate.

2 At pre trial Judy K Mulder became belligerent and asked  what skills the defendant in the trial John Wesley Torsch had to represent himseff. Acting as defendant in the case John Wesley Torsch answered her and Said " I believe that this is along the lines of a faretta hearing. I am able to speak and write and understand the English Language" Judy K Mulder than arrogantly interrupted John Wesley Torsch before he could finish speaking. and in attempt to intimidate him Said " I asked you what skills you Had !" John Wesley Torsch then informed Judy K Mulder that "I was attempting to answer your Question but was unable to because you continued to interrupt me" . This is a violation of due process and the right to have a impartial Magistrate

3 On May 16 2024 at around 9 am Judith K Mulder was acting as a judge in a hearing where the plaintiff John Wesley Torsch was acting as a pro se litigant as a defendant in case number hu24003387.2.  With the start of Jury Selection Judith K Mulder informed Plaintiff John Wesley Torsch that "You *will have 5 minutes to ask questions of the jury and that would be the end of Jury Selection". I* John Wesley Torsch informed Judy K Mulder that would not be enough time to properly select a jury. When asked  what court rule that only allowed 5 minutes for jury selection Judith K Mulder replied " Thats just how we do it here". I repeatedly objected her blatant and willful disreguard for basic due process for jury selection. Due to this unlawful rule created by Judith K Mulder on here own accord without any basis in law whatsoever I was not able to Effectively question the jury in order to select a fair impartial jury of my peers a fact that objected to repeatedly on the record. The absolute insult to Justice.  In no circumstance at no time is it OK to determine a arbitrary amount of time so incredibly limited and expect the jury selection this should have been known and is required to be know that this *is a knowingly and willful violation of due Process and equal protection of the law is a crime of malfeasance ; and is so shameful and deliberate perversion of law that it <u>can not be tolerate in any Court at any time.</u>*

## *Relief  Demand*

I Hold a sacred my Natural Rights as given by my creator and protected and enumerated in the United States Constitution and demand 10 million Dollars in relief For The willful and blatant denial of my rights by Judith K Mulder.

Notice to Magistrate reviewing this claim.

Judith K Mulder by creating a unlawful court room rule requiring jury selection to be completed withing 5 minutes was acting without any Jurisdiction. Her action are a affront to the common law Anglo/Saxon law heritage that has been the birthright of all English speaking people for over a milinea.  In doing so and acting without any jurisdiction whatsoever. Judith K Mulder has no immunity, no judicial immunity no absolute immunity and no qualified immunity. If you chose to ignore this claim an dismiss it with summary judgment then some day in the very near future you will be denied due process yourself and be placed under the judgment of Heven.

He who seeks justice must do justice.

John Wesley Torsch

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:       05/28/2024

Signature of Plaintiff

Printed Name of Plaintiff      JOHN WESLEY TORSCH - BY: John Wesley Torsch

### B.   For Attorneys

Date of signing:       05/28/2024

Signature of Attorney

Printed Name of Attorney      John Wesley Torsch

Bar Number                    Private Attorney in fact

Name of Law Firm              MIchigania Veritas

Street Address                8021 Holton rd Holton

State and Zip Code            Holton Mi 49425

Telephone Number              231 327 8590

E-mail Address                johnnythunderbass@yahoo.com