UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN WESLEY TORSCH,

    Plaintiff,

v.

JUDITH MULDER,

    Defendant.
_____/

Case No. 1:24-cv-561

HON. JANE M. BECKERING

## ORDER

This is a civil action filed by a *pro se* litigant. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 6) on June 3, 2024, recommending that Plaintiff's complaint be dismissed for failure to state a claim on which relief may be granted and that an appeal would not be taken in good faith. The Report and Recommendation was duly served on Plaintiff.[1] No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 6) is APPROVED and ADOPTED as the Opinion of the Court, and Plaintiff's Complaint is DISMISSED for failure to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

A Judgment will be entered consistent with this Order.

Dated: June 25, 2024

          /s/ Jane M. Beckering
          JANE M. BECKERING
          United States District Judge

---

[1] Plaintiff is the only party that has appeared in the case at this time.